[No. 3381–3–III.   Division Three.   September 25, 1980.]

PETER P. BLOCK, ET AL, *Appellants,* v. WALTER E. YOUNG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 249264, Richard P. Guy, J., entered April 10, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 8115–2–I.   Division One.   September 29, 1980.]

*In the Matter of the Marriage of* NANCY ZINTER, *Appellant, and* RONALD S. ZINTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 120614, Lloyd W. Bever, J., entered October 19, 1979. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Swanson, J.

[No. 7008–8–I.   Division One.   September 29, 1980.]

ALBERT M. MARK, *Appellant,* v. THE SEATTLE TIMES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 839353, Frank D. Howard, J., entered October 2, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Andersen and Ringold, JJ.